# United States Court of Appeals
## For the First Circuit

No. 03-1794

UNITED STATES OF AMERICA,

Appellee,

v.

SAYYID COGGINS, A/K/A SOOKIE,

Defendant, Appellant.

**ORDER OF COURT**
**Entered: August 15, 2005**

The United States Supreme Court vacated our judgment in this case and remanded the case to this Court for further consideration in light of United States v. Booker, 125 S. Ct. 738 (2005). We invite supplemental briefing as follows:

1. If defendant is seeking a remand to the district court for resentencing in light of Booker and United States v. Antonakopoulos, 339 F.3d 68 (1st Cir. 2005), defendant is directed to file and serve a supplemental brief, not to exceed 10 pages, within 14 calendar days of this order, in compliance with applicable rules concerning briefing, and specifying, in accordance with the standards set forth in Antonakopoulos, the circumstances warranting a remand including, in particular, those creating a reasonable probability that the district court would impose a more favorable sentence under non-mandatory Guidelines and other applicable factors.

2. The government shall file a response, in compliance with the applicable rules, not to exceed 10 pages, within 14 calendar days of service of the defendant's supplemental brief.

3. In both filings, citations to the record should be included where possible. The defendant's brief is free to proffer pertinent facts not in the record and the government is free to

counter-proffer. This invitation is without prejudice to a decision by the panel as to what significance should be attached to such proffers.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 8/15/05

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[Certified copies: Hon. Ronald R. Lagueux and Mr. David DiMazzio, Clerk of the United States District Court of Rhode Island]

[cc: Victor J. Beretta, Esq., Chauncey B. Wood, Esq., Mary E. Rogers, AUSA, Donald C. Lockhart, AUSA, Sayyid Coggins]